

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00662-CR

Alberto Aguirre **RENDON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law, Kerr County, Texas
Trial Court No. CR13-1227
Honorable Susan Harris, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED April 20, 2016.

_____
Patricia O. Alvarez, Justice